**STATE of Missouri, Respondent,**

v.

**Vincent A. FLORES, Appellant.**

**No. WD 65489.**

Missouri Court of Appeals,
Western District.

Aug. 1, 2006.

Ruth Sanders, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Roger W. Johnson, Office of Attorney General, Jefferson City, for respondent.

Before HAROLD L. LOWENSTEIN, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

### ORDER

Vincent A. Flores appeals the circuit court's judgment convicting him of voluntary manslaughter and armed criminal action. We affirm. Rule 30.25(b).